IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR CORREA,

      Plaintiff,                        No. CIV S-09-2269 EFB P

      vs.

ATTORNEY'S DIVERSIFIED SERVICES,

      Defendant.                <u>ORDER</u>

_____/

      On January 20, 2010, the undersigned dismissed this action for failure to state a claim. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on April 14, 2010, a request for appointment of counsel. As this case is closed, plaintiff's request is untimely. Accordingly, plaintiff's April 14, 2009 request for counsel is denied.

      The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

      So ordered.

Dated: June 22, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE